**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
-------------------------------------------------------x
In re:                                      :
                                            :         Chapter 13
          CLIFFORD MOSES,                   :
                                            :         Bankruptcy No. 17-17851 (JKF)
                          Debtor.           :
-------------------------------------------------------x
```

**PRAECIPE TO WITHDRAW OBJECTION**
**TO CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan (Docket No. 19) filed by the City of Philadelphia on May 22, 2018.

                                              Respectfully submitted,

                                              THE CITY OF PHILADELPHIA

Dated: July 30, 2018   By:        /s/ Megan N. Harper
                                              Megan N. Harper
                                              Deputy City Solicitor
                                              City of Philadelphia Law Department
                                              1401 JFK Blvd., 5th Floor
                                              Philadelphia, PA  19102-1595
                                              215-686-0503 (phone)
                                              215-686-0588 (facsimile)
                                              Email: Megan.Harper@Phila.gov