**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                  : Chapter 13

**Moses, Clifford**

      **Debtor**

                         :    17-17851

**CERTIFICATE OF SERVICE OF
DEBTOR'S CHAPTER 13 PLAN**

I certify that on August 7, 2018 the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition were served a copy of the Debtor's Chapter 13 Amended Plan either by way of ECF or by first class regular U.S. mail.

Dated: August 7, 2018

                        "/s/"Mitchell J. Prince
                        John L. McClain, Esquire
                        Mitchell J. Prince, Esquire
                        Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072