## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Clifford Moses aka Clifford Justice Moses, fka Victory Secuity & Investigation | |
| Debtor | CHAPTER 13 |
| M&T Bank | |
| Movant | |
| vs. | |
| | NO. 17-17851 JKF |
| Clifford Moses aka Clifford Justice Moses, fka Victory Secuity & Investigation | |
| Respondent | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection of M&T Bank to Confirmation of Chapter 13 Plan, which was filed with the Court on or about **May 30, 2018** (Document No. 20).

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
Attorney for Movant
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

August 30, 2018