**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                              : Chapter 13
    Moses, Clifford

        Debtor                                               : 17-17851

**ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, this __19th__ day of __October__, 2018, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

**ORDERED** that the Application is granted and compensation of $5752.50 and $0.00 in expenses are **ALLOWED,** and the unpaid balance of $4752.50 and $0.00 ~~shall~~ may be paid through debtor's Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_____
Bankruptcy Judge
Jean K. FitzSimon

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, , Interim Trustee
P.O. Box 680
Reading, PA 19606


Moses, Clifford
201 E Fariston Dr
Philadelphia, PA 19120