| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 17-17851-AMC**

CLIFFORD MOSES
201 E FARISTON DR
PHILADELPHIA PA 19120

Petition Filed Date: 11/17/2017
341 Hearing Date: 02/09/2018
Confirmation Date: 09/12/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $300.00 | | 01/29/2019 | $300.00 | | 03/06/2019 | $600.00 | |
| 03/29/2019 | $300.00 | | 04/30/2019 | $300.00 | | 06/07/2019 | $300.00 | |
| 07/15/2019 | $300.00 | | 08/26/2019 | $500.00 | | 09/18/2019 | $1,000.00 | |
| 10/15/2019 | $800.00 | 6249283000 | 11/21/2019 | $1,070.00 | 6344251000 | 12/26/2019 | $1,070.00 | 6415235000 |
| 02/26/2020 | $1,070.00 | 6585269000 | 04/07/2020 | $1,070.00 | 6697647000 | 05/27/2020 | $1,070.00 | 6815085000 |
| 07/30/2020 | $1,070.00 | 6974098000 | | | | | | |

**Total Receipts for the Period: $11,120.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,720.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02S | Secured Creditors | $8,829.32 | $1,774.01 | $7,055.31 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $17,447.11 | $0.00 | $17,447.11 |
| 5 | M&T BANK<br>»» 005 | Mortgage Arrears | $28,487.53 | $5,723.80 | $22,763.73 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CITY OF PHILADELPHIA (LD)<br>»» 004 | Secured Creditors | $1,053.32 | $211.65 | $841.67 |
| 3 | POLICE & FIRE FCU<br>»» 003 | Unsecured Creditors | $501.33 | $0.00 | $501.33 |
| 1 | PHILADELPHIA PARKING AUTHORITY<br>»» 001 | Unsecured Creditors | $363.00 | $0.00 | $363.00 |
| 7 | JOHN L MC CLAIN ESQ<br>»» 007 | Attorney Fees | $4,752.50 | $4,752.50 | $0.00 |

**Chapter 13 Case No. 17-17851-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,720.00 | Current Monthly Payment: | $1,070.00 |
| Paid to Claims: | $12,461.96 | Arrearages: | $4,120.00 |
| Paid to Trustee: | $1,295.04 | Total Plan Base: | $48,800.00 |
| Funds on Hand: | $963.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.