**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : Chapter 13 |
|     Moses, Clifford | : |
| | : 17-17851 |
|         Debtor | : |

### ORDER

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Proposed Modified Chapter 13 is **APPROVED**.

_____
**Ashely M. Chan**
**U.S. BANKRUPTCY JUDGE**

Date: _____

**Date: February 24, 2021**