United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17851-amc

Clifford Moses                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                Page 1 of 2
Date Rcvd: May 14, 2021                       Form ID: pdf900                     Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Clifford Moses, 201 E Fariston Dr, Philadelphia, PA 19120-1007 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2021                    Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| JOHN L. MCCLAIN | on behalf of Debtor Clifford Moses aaamcclain@aol.com  edpabankcourt@aol.com |
| KEVIN G. MCDONALD | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov  karena.blaylock@phila.gov |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |

District/off: 0313-2

User: admin

Page 2 of 2

Date Rcvd: May 14, 2021

Form ID: pdf900

Total Noticed: 1

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                      : **Chapter 13**
  **Moses, Clifford**

     **Debtor**                          :  **17-17851**

**ORDER FOR ALLOWANCE OF SUPPLEMENTAL COMPENSATION
<u>AND REIMBURSEMENT OF EXPENSES</u>**

AND NOW, to wit, this _____day of _____, 2021, upon consideration of

the foregoing Supplemental Application for Compensation and Reimbursement

of Expenses for Services Performed After Confirmation, IT IS HEREBY

   ORDERED that the Application is granted and, further, the unpaid balance of

$2,500.00   of the legal fees and incurred expenses shall be paid through

debtor's Chapter 13 Plan/by debtor through the office of the Chapter 13 trustee

as an administrative priority expense.

**Date: May 14, 2021**        _____

                        Bankruptcy Judge