| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-17851-AMC

CLIFFORD MOSES
201 E FARISTON DR
PHILADELPHIA PA 19120

Petition Filed Date: 11/17/2017
341 Hearing Date: 02/09/2018
Confirmation Date: 09/12/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/26/2020 | $1,070.00 | 6585269000 | 04/07/2020 | $1,070.00 | 6697647000 | 05/27/2020 | $1,070.00 | 6815085000 |
| 07/30/2020 | $1,070.00 | 6974098000 | 08/31/2020 | $1,070.00 | 7049698000 | 09/29/2020 | $1,070.00 | 7118358000 |
| 10/13/2020 | $1,070.00 | 7154459000 | 11/12/2020 | $1,070.00 | 7228140000 | 12/15/2020 | $1,070.00 | 7308121000 |
| 01/11/2021 | $1,070.00 | 7372825000 | 02/09/2021 | $1,070.00 | 7443254000 | 03/12/2021 | $1,070.00 | 7519774000 |
| 04/09/2021 | $1,070.00 | 7590609000 | 05/17/2021 | $1,070.00 | 7674794000 | | | |

**Total Receipts for the Period: $14,980.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $25,420.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | UNITED STATES TREASURY (IRS) »» 02S | Secured Creditors | $9,149.01 | $3,453.50 | $5,695.51 |
| 2 | UNITED STATES TREASURY (IRS) »» 02U | Unsecured Creditors | $17,447.11 | $0.00 | $17,447.11 |
| 5 | M&T BANK »» 005 | Mortgage Arrears | $28,487.53 | $11,086.46 | $17,401.07 |
| 6 | CITY OF PHILADELPHIA (LD) »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CITY OF PHILADELPHIA (LD) »» 004 | Secured Creditors | $1,053.32 | $409.95 | $643.37 |
| 3 | POLICE & FIRE FCU »» 003 | Unsecured Creditors | $501.33 | $0.00 | $501.33 |
| 1 | PHILADELPHIA PARKING AUTHORITY »» 001 | Unsecured Creditors | $363.00 | $0.00 | $363.00 |
| 7 | JOHN L MC CLAIN ESQ »» 007 | Attorney Fees | $4,752.50 | $4,752.50 | $0.00 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 7 | M&T BANK »» 05P | Mortgage Arrears | $2,100.00 | $0.00 | $2,100.00 |

**Chapter 13 Case No. 17-17851-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,420.00 | Current Monthly Payment: | $1,070.00 |
| Paid to Claims: | $22,202.41 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,140.32 | Total Plan Base: | $54,310.00 |
| Funds on Hand: | $1,077.27 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.