| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 17-17851-AMC**

CLIFFORD  MOSES
201 E FARISTON DR
PHILADELPHIA  PA    19120

Petition Filed Date: 11/17/2017
341 Hearing Date: 02/09/2018
Confirmation Date: 09/12/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/09/2021 | $1,070.00 | 7590609000 | 05/17/2021 | $1,070.00 | 7674794000 | 06/15/2021 | $1,070.00 | 7742670000 |
| 07/15/2021 | $1,070.00 | 7809938000 | 08/16/2021 | $1,070.00 | 7882698000 | 09/14/2021 | $1,070.00 | 7946209000 |
| 10/13/2021 | $1,070.00 | 8010881000 | 11/16/2021 | $1,070.00 | 8085274000 | 12/15/2021 | $1,070.00 | 8147132000 |
| 01/14/2022 | $1,070.00 | 8210892000 | 02/17/2022 | $1,070.00 | 8280991000 | 03/21/2022 | $1,070.00 | 8346944000 |
| 04/18/2022 | $1,070.00 | 8410519000 | 05/17/2022 | $1,070.00 | 8471538000 | 06/17/2022 | $1,070.00 | 8535329000 |
| 07/18/2022 | $1,070.00 | 8595273000 | | | | | | |

**Total Receipts for the Period:** $17,120.00    **Amount Refunded to Debtor Since Filing:** $0.00    **Total Receipts Since Filing:** $40,400.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | UNITED STATES TREASURY (IRS)<br>»»  02S | Secured Creditors | $9,149.01 | $6,480.96 | $2,668.05 |
| 2 | UNITED STATES TREASURY (IRS)<br>»»  02U | Unsecured Creditors | $17,447.11 | $0.00 | $17,447.11 |
| 5 | M&T BANK<br>»»  005 | Mortgage Arrears | $28,487.53 | $20,336.10 | $8,151.43 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»»  006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CITY OF PHILADELPHIA (LD)<br>»»  004 | Secured Creditors | $1,053.32 | $751.94 | $301.38 |
| 3 | POLICE & FIRE FCU<br>»»  003 | Unsecured Creditors | $501.33 | $0.00 | $501.33 |
| 1 | PHILADELPHIA PARKING AUTHORITY<br>»»  001 | Unsecured Creditors | $363.00 | $0.00 | $363.00 |
| 7 | JOHN L MC CLAIN ESQ<br>»»  007 | Attorney Fees | $4,752.50 | $4,752.50 | $0.00 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 7 | M&T BANK<br>»»  05P | Mortgage Arrears | $2,100.00 | $1,169.79 | $930.21 |

**Chapter 13 Case No. 17-17851-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $40,400.00 | Current Monthly Payment: | $1,070.00 |
| Paid to Claims: | $35,991.29 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,424.31 | Total Plan Base: | $54,310.00 |
| Funds on Hand: | $984.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.