Certificate Number: 03088-PAE-DE-037352828

Bankruptcy Case Number: 17-17851



03088-PAE-DE-037352828

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 17, 2023, at 1:52 o'clock PM CDT, Clifford Moses completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    April 17, 2023                    By:    /s/Doug Tonne

                                           Name:  Doug Tonne

                                           Title: Counselor