Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
Chapter 13 Case No. 17-17851-AMC

CLIFFORD  MOSES  
201 E FARISTON DR  
PHILADELPHIA  PA    19120

Petition Filed Date: 11/17/2017  
341 Hearing Date: 02/09/2018  
Confirmation Date: 09/12/2018

Case Status: Completed on 6/26/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2022 | $1,070.00 | 8655040000 | 09/20/2022 | $1,070.00 | 8717535000 | 10/19/2022 | $1,070.00 | 8775417000 |
| 11/21/2022 | $1,070.00 | 8835106000 | 12/19/2022 | $1,070.00 | 8890995000 | 01/24/2023 | $1,070.00 | 8956646000 |
| 02/15/2023 | $1,070.00 | 8998230000 | 03/20/2023 | $1,070.00 | 9058974000 | 04/18/2023 | $1,070.00 | 9116952000 |
| 05/16/2023 | $1,070.00 | 9169448000 | 06/20/2023 | $1,070.00 | 9226630000 | 06/26/2023 | $2,140.00 | 9237334000 |

**Total Receipts for the Period:  $13,910.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $54,310.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02S | Secured Creditors | $9,149.01 | $9,089.15 | $59.86 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $17,447.11 | $0.00 | $17,447.11 |
| 5 | M&T BANK<br>»» 005 | Mortgage Arrears | $28,487.53 | $28,304.66 | $182.87 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CITY OF PHILADELPHIA (LD)<br>»» 004 | Secured Creditors | $1,053.32 | $1,046.56 | $6.76 |
| 3 | POLICE & FIRE FCU<br>»» 003 | Unsecured Creditors | $501.33 | $0.00 | $501.33 |
| 1 | PHILADELPHIA PARKING AUTHORITY<br>»» 001 | Unsecured Creditors | $363.00 | $0.00 | $363.00 |
| 7 | JOHN L MC CLAIN ESQ<br>»» 007 | Attorney Fees | $4,752.50 | $4,752.50 | $0.00 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 7 | M&T BANK<br>»» 05P | Mortgage Arrears | $2,100.00 | $2,079.13 | $20.87 |

**Chapter 13 Case No. 17-17851-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $54,310.00 | Current Monthly Payment: | $1,070.00 |
| Paid to Claims: | $47,772.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $4,590.60 | Total Plan Base: | $54,310.00 |
| Funds on Hand: | $1,947.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.