United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-17851-amc

Clifford Moses  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Aug 22, 2023      Form ID: 138OBJ      Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Clifford Moses, 201 E Fariston Dr, Philadelphia, PA 19120-1007 |
| 14016634 | + | Einstein Community Healthcare, c/o Grimley Financial Corp., 30 Washington Ave, Ste c6, Haddonfield, NJ 08033-3341 |
| 14016638 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14016641 | + | Methodist Hospital, c/o ProCo, PO Box 2462, Aston, PA 19014-0462 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 22 2023 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2023 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14016644 | | Email/Text: megan.harper@phila.gov | Aug 22 2023 23:54:00 | WATER REVENUE BUREAU, City of Philadelphia Law Dept, 1515 Arch Street, 15th flr, Philadelphia, PA 19102 |
| 14097502 | | Email/Text: megan.harper@phila.gov | Aug 22 2023 23:54:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14016632 | + | Email/Text: megan.harper@phila.gov | Aug 22 2023 23:54:00 | City of Philadelphia, Law Depart, 1401 JFK Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14016642 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 22 2023 23:53:00 | Office of Chief Counsel UC Division, 651 Boas St, 10th Fl., Harrisburg, PA 17121 |
| 14016635 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 22 2023 23:54:00 | Eos Cca, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14016636 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 22 2023 23:53:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14016639 | ^ | MEBN | Aug 23 2023 09:52:33 | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14016640 | | Email/Text: camanagement@mtb.com | Aug 22 2023 23:53:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14099341 | | Email/Text: camanagement@mtb.com | Aug 22 2023 23:53:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14023963 | + | Email/Text: bankruptcy@philapark.org | Aug 22 2023 23:54:00 | Philadelphia Parking Authority, 701 Market Street Suite 5400, Philadelphia, PA 19106-2895 |
| 14016643 | + | Email/Text: bankruptcy1@pffcu.org | Aug 22 2023 23:53:00 | Police &fire, 901 Arch St, Philadelphia, PA 19107-2404 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 22, 2023 | Form ID: 138OBJ | Total Noticed: 17 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14016633 | *+ | Clifford Moses, 201 E Fariston Dr, Philadelphia, PA 19120-1007 |
| 14016637 | * | IRS/ Special Procedures, P.O. BOX 7346, Philadelphia, PA 19114, PHILADELPHIA, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2023                         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JOHN L. MCCLAIN | on behalf of Debtor Clifford Moses aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| KEVIN G. MCDONALD | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor M&T Bank mfarrington@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Clifford Moses
        Debtor(s)

Case No: 17−17851−amc
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/22/23

73 − 72
Form 138OBJ