Fill in this information to identify the **Fill in this information to identify the case:**

Debtor 1    Clifford Moses aka Clifford Justice Moses, fka Victory Secuity & Investigation

Debtor 2

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number   17-17851 AMC

## Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor: M&T Bank**

**Court claim no**. (if known): <u>5</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>8675</u>

**Date of payment change:**
Must be at least 21 days after date of this notice

<u>12/01/2022</u>

**New total payment:**           $<u>1048.51</u>
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change.  If a statement is not attached, explain why: _____

   **Current escrow payment:** $<u>372.54</u>           **New escrow payment:** $ <u>395.46</u>

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%           **New interest rate:** _____%

   **Current principal and interest payment:** $_____   **New principal and interest payment:** $_____

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change:_____

   **Current mortgage payment:** $_____           **New mortgage payment:** $_____

Document ID: 904324144352f255f856da513d260414f0c926d01514f3bb034c00733e3b2dee

Debtor(s)    <u>Clifford            Moses</u>  Case number (*if known*)  <u>17-17851 AMC</u>
               First Name        Middle Name        Last Name

---

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

   ☐  I am the creditor.

   ☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ *Michael Farrington*                    Date    11/03/2022
    Signature

**Print:** Michael Farrington
03 Nov 2022, 15:01:13, EDT

Title    <u>Attorney for Creditor</u>

Company    <u>KML Law Group, P.C.</u>

Address    <u>701</u>        <u>Market Street, Suite 5000</u>
           Number        Street
           Philadelphia,                    PA    19106
           City                      State      ZIP Code

Contact phone    (215) 627–1322                    Email  bkgroup@kmllawgroup.com

---

Document ID: 904324144352f255f856da513d260414f0c926d01514f3bb034c00733e3b2dee